UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA, | |
|---|---|
| -v- | 11-CR-929-01 (PAE) |
| LUCIANO MENDEZ-ROJAS, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Luciano Mendez-Rojas, asking for a copy of a May 1, 2019 letter which he indicates is docketed at docket entry number 29. The Court, having reviewed the docket of this case, is not aware of any letter or docket entry consistent with Mr. Mendez-Rojas's letter. The Court invites Mr. Mendez-Rojas to clarify the item that he is requesting. The Clerk of Court is respectfully requested to mail a copy of this letter to Mr. Mendez-Rojas at the address that appears on his letter.

SO ORDERED.

                                                                              *Paul A. Engelmayer*
                                                                              PAUL A. ENGELMAYER
                                                                              United States District Judge

Dated: October 30, 2020
          New York, New York

Re; Case No 1;11-CR-00929-pae

Dear office of the Clerk

By this Communication I Would Like to
Request a copy of document # 23
Letter dated 05/01/2019 on behalf of
Appellant Luciano mendez Rojas. Requesting Status update

Thank you in advance for your attention on
This matter

Very Respectfully

By: _____ 10-19-2020

Luciano Mendez Rojas

Bop# 65844-054. MVCC

555 GEO Drive
Philpsburg PA. 16866



Envelope addressed from:
Luciano Mendez #65844-054
Moshannon Vally Correctional
555 GEO Drive
Philipsburg, PA 16866

To:
United State Courthouse
Office the Clerk
500 Pearl Street
New York, New York 10007-1312

Stamps: MVCF APPROVED; Received 2020 OCT 26 PM 3:04 CLERK'S S.D.N.Y.; USM3; Johnstown PA 21 OCT 2020