UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>LUCIANO MENDEZ-ROJAS,<br><br>                              Defendant. | 11-CR-929-01 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter (Exhibit A) from defendant Luciano Mendez-Rojas (Dkt. No. 79). The Court responded to a similar request in its order of October 30, 2020 (Exhibit B), a copy of which has been mailed to Mr. Mendez-Rojas (Dkt. No. 78). The Court respectfully requests the Clerk of Court similarly to mail this Order to Mr. Mendez-Rojas at the following address, which can also be found:

Luciano Mendez Rojas
BOP# 65844-054
Moshannon Valley Correctional Center
555 GEO Drive
Philipsburg, PA 16866

        SO ORDERED.

                                                                            *Paul A. Engelmayer*
                                                                            PAUL A. ENGELMAYER
                                                                            United States District Judge

Dated: November 18, 2020
       New York, New York

**EXHIBIT A**

UNITED STARES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YOR                    11 CR. 929-01 (PAE)

UNITED STATES OF AMERICA,        )
                                 )
                                 )
            V.                   )
                                 )
                                 )
LUCIANO MENDEZ- ROJAS            )
                     Defensant   )
                                 )
_____  )

To Court Clerk,

    I will like the honorable Court to send my prior letter to the Court. This letter was entered into my docket on 05/06/2019 # 23. Included is a partial copy of my docket highlighting #23 which is the document.

Very Respectively

By: _____  11-5-2020

Luciano Mendez Rojas

BOP# 65844-054

Moshannon Valley Correctional Center

555 Geo Drive

Philipsburg PA 16866

| | | | |
|---|---|---|---|
| | | | FILED.[2209286] [17-4047] [Entered: 01/09/2018 12:33 PM] |
| 01/23/2018 | ☐ | 13<br>3 pg, 229.07 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE FORM, on behalf of Party Luciano Mendez-Rojas, FILED. Service date 01/18/2018 by US mail.[2219873] [17-4047] [Entered: 01/23/2018 04:29 PM] |
| 01/23/2018 | ☐ | 14 | CURED DEFECTIVE ACKNOWLEDGMENT AND NOTICE OF APPEARANCE [13], on behalf of Appellant Luciano Mendez-Rojas, FILED.[2219875] [17-4047] [Entered: 01/23/2018 04:29 PM] |
| 01/26/2018 | ☐ | 15<br>2 pg, 38.49 KB | ORDER, dated 01/26/2018, dismissing appeal by 02/16/2018 unless Appellant Luciano Mendez-Rojas, moves for certificate of appealability, copy to pro se, FILED.[2222541] [17-4047] [Entered: 01/26/2018 11:53 AM] |
| 02/05/2018 | ☐ | 16<br>1 pg, 9.37 KB | CAPTION, Plaintiff - Appellant changed to Petitioner-Appellant and Defendant - Appellee changed to Respondent - Appellee, AMENDED. [2228713] [17-4047] [Entered: 02/05/2018 09:11 AM] |
| 02/26/2018 | ☐ | 20<br>1 pg, 9.13 KB | NEW CASE MANAGER, Atasha Joseph, ASSIGNED.[2243817] [17-4047] [Entered: 02/26/2018 01:06 PM] |
| 02/26/2018 | ☐ | 21 | ORDER, [15] appeal dismissed for Appellant Luciano Mendez-Rojas failure to move for certificate of appealability, EFFECTIVE.[2243821] [17-4047] [Entered: 02/26/2018 01:08 PM] |
| 03/19/2018 | ☐ | 22<br>2 pg, 530.88 KB | CERTIFIED COPY OF ORDER, dated 01/26/2018, determining the appeal to SDNY, copy sent to pro se, ISSUED.[Mandate][2260271] [17-4047] [Entered: 03/19/2018 04:56 PM] |
| 05/06/2019 | ☐ | 23<br>2 pg, 477.19 KB | LETTER, dated 05/01/2019, on behalf of Appellant Luciano Mendez-Rojas, requesting status update, RECEIVED. Service date 05/01/2019 by US mail.[2559104] [17-4047] [Entered: 05/08/2019 02:16 PM] |
| 05/08/2019 | ☐ | 24<br>1 pg, 9.21 KB | NOTICE, Case Status, SENT.[2559107] [17-4047] [Entered: 05/08/2019 02:16 PM] |

*Handwritten annotations:* "fecHa en que me serraron mi 99 ss Mossion"; "de"

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LUCIANO MENDEZ-ROJAS,<br><br>Defendant. | 11-CR-929-01 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Luciano Mendez-Rojas, asking for a copy of a May 1, 2019 letter which he indicates is docketed at docket entry number 29. The Court, having reviewed the docket of this case, is not aware of any letter or docket entry consistent with Mr. Mendez-Rojas's letter. The Court invites Mr. Mendez-Rojas to clarify the item that he is requesting. The Clerk of Court is respectfully requested to mail a copy of this letter to Mr. Mendez-Rojas at the address that appears on his letter.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 30, 2020
     New York, New York

Re; Case No 1;11-CR-00929-pae

Dear office of the Clerk

By this Communication I Would Like to
Request a copy of document # 23
Letter dated 05/01/2019 on behalf of
Appellant Luciano mendez Rojas. Requesting Status update

Thank you in advance for your attention on
This matter

Very Respectfully

By: _____ 10-19-2020

Luciano Mendez Rojas
Bop# 65844-054. MVCC
555 GEO Drive
Philpsburg PA. 16866

