UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

-v-

LUCIANO MENDEZ-ROJAS,

Defendant.

---

11 Cr. 929-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* motion for compassionate release from defendant Luciano Mendez-Rojas. *See* Dkt 81. The Court directs the Government to respond. The Government's response is due September 6, 2024.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 15, 2024
       New York, New York